Shannon M. TAMBORNINO,
Respondent,

v.

HEALTH RISK MANAGEMENT, and
Kemper Insurance Companies/Broad-
spire Services, Relators.

No. A10–695.

Supreme Court of Minnesota.

Aug. 25, 2010.

Thomas D. Mottaz, David B. Kempston,
Law Office of Thomas D. Mottaz, Coon
Rapids, MN, for respondent.

Brad M. Delger, Aafedt, Forde, Gray,
Monson & Hager, P.A., Minneapolis, MN,
for relators.

ORDER

Based upon all the files, records, and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed March 18, 2010, be,
and the same is, affirmed without opinion.
See Hoff v. Kempton, 317 N.W.2d 361, 366
(Minn.1982) "(explaining that [s]ummary
affirmances have no precedential value be-
cause they do not commit the court to any
particular point of view," doing no more
than establishing the law of the case).

Employee is awarded $1,200 in attorney
fees.

BY THE COURT:

/s/Lorie S. Gildea
Chief Justice

STRAS, J. (dissenting).

I respectfully dissent from the summary affirmance in this case because I would have preferred to schedule the case for oral argument given the submissions of the parties.